**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST LOUIS DIVISION**

| | |
|---|---|
| JANET MILLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 08-CV-1538 |
| | ) |
| VALENTINE & KEBARTAS, INC. | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF FILING**

VALENTINE & KEBARTAS, INC
Attn: Legal Department
15 Union Street
Lawrence, MA 01840

    PLEASE TAKE NOTICE THAT On November 20, 2008, there was filed in the United States District Court for the Eastern District of Missouri, **Plaintiff's Voluntary Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice by depositing a copy of the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on November  20 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

    By: _____*/s Larry P. Smith*_____
                Attorney for Plaintiff