```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


JANET MILLER,                        )
                                     )
            Plaintiff,               )
                                     )
       v.                            )    No. 4:08 CV 1538 DDN
                                     )
VALENTINE & KEBARTAS, INC.,          )
                                     )
            Defendant.               )
```

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the motion of plaintiff (Doc. 2) to dismiss defendant with prejudice and without costs is sustained.

```
                              /S/   David D. Noce
                         UNITED STATES MAGISTRATE JUDGE
```

Signed on November 21, 2008.